# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Robert L. Canty<br>*Plaintiff*<br>v.<br>Chief Willie Bamberg, Orangeburg-Calhoun<br>Detention Center, Orangeburg County<br>*Defendant* | Civil Action No.  6:10-cv-00365-RBH -WMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:  Plaintiff's complaint is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge  R. Bryan Harwell on the record.  on a motion for

Date:  Apr 5, 2010

*CLERK OF COURT*

s/Nora Chandler, Deputy Clerk

*Signature of Clerk or Deputy Clerk*